Francisco vs. Gauthier et als.

No. 8831.

FRANÇOIS FRANCISCO VS. LEON GAUTHIER, SHERIFF, ET ALS.

The test of jurisdiction of the Supreme Court in a suit by injunction, when the writ is obtained by the judgment debtor who is the owner of the property seized, is the amount of the judgment injoined. *Aliter*, when a third person obtains the writ to prevent the sale of his own property to pay a judgment against another.

APPEAL from the Twelfth District Court, Parish of Avoyelles. *Blackman*, J.

*L. J. Ducoté* and *E. J. Joffrion* for Plaintiff and Appellant.

*Thorpe, Peterman & Thorpe* and *Albert Voorhies* for Defendants and Appellees:

The *fi. fa.* enjoined by defendant therein being for less than $1,000, the Supreme Court is without jurisdiction. 32 An. 604; 33 An. 1072.

ON MOTION TO DISMISS.

The opinion of the Court was delivered by

MANNING, J. David Siess obtained judgment against the plaintiff Francisco for seven hundred dollars, which was partially satisfied by a sale of personal property under execution issued upon the judgment, the sum thus realized being $333.35. The plaintiff's land was seized under an *alias fi. fa.*, and he injoins the sale of it by this suit, alleging that the land is worth twelve hundred dollars.

A motion to dismiss is made, for that the judgment, the execution of which is injoined, is below the appealable sum.

Our appellate jurisdiction of a suit by injunction, when the restraining writ is obtained by the judgment debtor who is owner of the property seized, is tested by the amount of the judgment injoined. Holland vs. Duchamp, 12 Ann. 784; Smith vs. Merchants' Mut. Ins. Co., 33 Ann. 1071. *Aliter*, when a third person obtains the writ to prevent the sale of his property under a *fi. fa.* issued upon a judgment against another. Testart vs. Belot, 33 Ann. 603.

The judgment, the execution of which is injoined here, is very much below the sum necessary to give us jurisdiction and, therefore,

The appeal is dismissed.